UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DEU CHHETRI
PLAINTIFF,

V.

JANE DOE (#1), JANE DOE (#2)
DEFENDANTS.

COMPLAINT FOR DAMAGES

CASE NO.: 3:26-CV- 1648

**FILED SCRANTON**
JUN 15, 2026
PER
DEPUTY CLERK

## I. INTRODUCTION

1. This is a § 1983 action filed by Plaintiff **Deu Chhetri,** an inmate currently housed at **SCI-Mahanoy,** alleging violations of his Constitutional rights of medical care. Plaintiff seeks damages pursuant to the **Americans with Disabilities Act ("ADA").**

## II. JURISDICTION

2. Jurisdiction of this Court is invoked pursuant to **28 U.S.C. § 1331** in that this is a civil action arising under the **Costitution of the United States.**

3. Jurisdiction of the Court is invoked pursuant to **28 U.S.C. § 1343 (a) (3)** in that this action seeks to redress the deprivation, under color of state law, of rights secured by the **Acts of Congress** providing for equal rights of persons within the jurisdiction of the United States.

## III. PARTIES

4. Plaintiff Deu Chhetri, during the time of this incident, was an inmate placed at **Dauphin County Prison** awaiting court, he is now at SCI-Mahanoy ( **301 Grey Line Drive, Frackville, Pa. 17931).**

5. Defendant **Jane Doe (#1),** at all times relevant was a nurse at Dauphin County Prison ( **Dauphin County Prison, 501 Mall Road, Harrisburg, Pa. 17111).**

6. Defendant **Jane Doe (#2),** at all times relevant was the Grievance coordinator at Dauphin County Prison ( **Dauphin County Prison, 501 Mall Road, Harrisburg, Pa. 17111).**

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

7. Plaintiff attempted to resolve this matter through the grievance process, but did not receive a response from Defendant Jane Doe (#2) **(See Documents affixed as Exhibit A).**

(1)

## V. STATEMENT OF FACTS

8. On, or around, **December 12-14** while at Dauphin County Prison, Plaintiff, who bad rections in the past, informed Nurse Jane Doe (#1) that he was *allergic* to insulin.

9. At that time, Nurse Jane Doe (#1) told the Plaintiff that it was *mandatory* he take the injection, or receive a misconduct.

10. Plaintiff, not wanting any trouble, took the injection, and immediately felt lghtheaded, numbness through his limb, and severe swelling of the arm where the insulin was injected.

11. Upon his return to SCI-Mahanoy Plaintiff, who does not speak english, received help from another inmate with the writing of an inmate grievance. The grievance, along with a **Certificate of Service,** was forwarded to Defendant Jane Doe (#2). Defendant Jane Doe (#2) did not respond.

12. Plaintiff still has the mark on his arm where he was injected, and still occassionaly experiences dizziness, numbness, and pain, as a result of the injection.

13. Defendant Jane Doe (#1), after being warned of the Plaintiff's condition, should not have administered insulin. She chose to threaten the Plaintiff with a misconduct thereby *forcing* him to take insulin.

14. For her part, Defendant Jane Doe (#2) proceeded to *cover* for her co-worker by not responding to the Plaintiff's grievance.

## VI. CLAIMS FOR RELIEF

15. Defendant Jane Doe (#1) knowingly administered insulin to the Plaintiff after he notified her of the harm it would cause. This knowledge violated Plaintiff's rights under the **"Eighth Amendment of the Constitution."**

16. Defendant Jane Doe (#2) willfully covered for her co-worker by refusing to respond to the Plaintiff's grievance. This act violated the Plaintiff's rights under the **"First Amendment of the Constitution."**

17. Plaintiff has also attached a **Declaration** in regards to the inmate grievance he forwarded to Defendant Jane Doe (#2) **(See Document affixed as Exhibit B).**

## VII. RELIEF REQUESTED

A. **Declare Defendant Jane Doe (#1) violated Plaintiff's Eighth Amendment right.**

B. **Declare Defendant Jane Doe (#2) violated Plaintiff's first Amendment right.**

(2)

C. Award Compensatory Damages in the amount of $125,000.00 to the Plaintiff.

D. Award Punitive Damages in the amount of $125,000.00 to the Plaintiff.

E. Cost of this suit.

F. Grant Plaintiff such other relief as it may appear Plaintiff is entitled to.

Date: May 11, 2026

Respectfully Submitted,

/s/

Deu Chhetri QR 2850
SCI-Mahanoy
301 Grey Line Drive
Frackville, Pa. 17931

(3)

## <u>VERIFICATION</u>

I, Deu Chhetri, hereby verify that all of the foregoing statements contained within the foregoing Complaint are true and correct.

**Executed on this 12th day May, in the year of 2026.**

**Respectfully Submitted,**

/s/ _____

**Deu Chhetri QR 2850**

## CERTIFICATE OF SERVICE

I, Deu Chhetri, hereby certify that on **May 12, 2026,** I caused to be served a true and correct copy of this Complaint, complete with Exhibits, to;


**OFFICE OF THE CLERK
UNITED STATES DICSTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON COURTHOUSE
235 N. WASHINGTON AVE.
P.O BOX 1148
SCRANTON, PA. 18501**


**Date: May 12, 2026**                              **Respectfully Submitted,**

                                                     /s/ _____

                                                     **Deu Chhetri QR 2850
                                                     SCI-Mahanoy
                                                     301 Grey Line Drive
                                                     Frackville, Pa. 17931**

Case 3:26-cv-01648-MEM-LT   Document 1   Filed 06/15/26   Page 6 of 6

DEU CHHETRI

QR 2850

SCI-MAHANOY

301 QREY LINE DRIVE

FRACKVILLE, PA. 17931



INMATE MAIL
PA DEPT OF
CORRECTIONS

quadient
FIRST-CLASS MAIL
IMI
$003.84°
06/09/2026 ZIP 17932
043M32207550
US POSTAGE

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM J. NEALON COURTHOUSE

235 WASHINGTON AVE

P.O BOX 1148

SCRANTON, PA. 18501

RECEIVED
SCRANTON

JUN 15 2026

PER _____ DEPUTY CLERK

USMS X-RAY